UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | | |
|---|---|---|
| NEALAN BHATT, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 8:17-cv-02185-CEH-AEP |
| Plaintiff, | ) ) ) | CLASS ACTION |
| vs. | ) ) | |
| TECH DATA CORPORATION, ROBERT M. DUTKOWSKY and CHARLES V. DANNEWITZ, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM'S UNOPPOSED MOTION TO RE-DESIGNATE THIS ACTION AS A TRACK THREE CASE UNDER LOCAL RULE 3.05 AND FOR RELIEF FROM THE REQUIREMENTS OF LOCAL RULES 3.05 AND 4.04(b)**

Proposed Lead Plaintiff Wayne County Employees' Retirement System ("Wayne County") files this unopposed motion to re-designate this action as a Track Three Case under Local Rule 3.05, and for relief from the requirements of Local Rules 3.05 and 4.04(b).

## MEMORANDUM OF LAW

On September 21, 2017, Plaintiff Nealan Bhatt filed a Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint") brought on behalf of purchasers of the common stock of Tech Data Corporation ("Tech Data") between June 1, 2017 and August 31, 2017. [ECF No. 1]. The Complaint alleges Defendants Tech Data, Robert M. Dutkowsky, and Charles V. Dannewitz (collectively, "Defendants") violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §§78j(b) and 78t(a) and Rule 10b-5 promulgated thereunder 17 C.F.R. §240.10b-5.

On September 22, 2017, this Court entered a Related Case Order and Track Two Notice, designating this action as a Track Two Case under Local Rule 3.05. [ECF No. 2]. However, because this litigation involves class action securities claims, Local Rule 3.05(b)(3) requires that it be designated as a Track Three Case. *See* Local Rule 3.05(b)(3) ("Track Three Cases shall include those cases involving class action" or "securities litigation"). Accordingly, Wayne County respectfully requests that this Court enter an Order re-designating this action as a Track Three Case pursuant to Local Rule 3.05(b)(3).[1]

Additionally, because this action is brought pursuant to the federal securities laws, it is governed by the PSLRA. The PSLRA requires the Court to appoint as lead plaintiff the

---

[1] Although the Court has not done so yet, Wayne County anticipates that it will appoint it Lead Plaintiff and approve its selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel.

member or members of the class that the Court determines to be most capable of adequately representing the interests of class members.  15 U.S.C. §78u-4(a)(3)(B).  Further, the PSLRA imposes a stay of discovery pending resolution of any motion to dismiss brought pursuant to Rule 12 of the Federal Rules of Civil Procedure.  *See* 15 U.S.C. §78u-4(b)(3)(B) ("all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss.").

In this case, the Court has not yet appointed a lead plaintiff and, until a lead plaintiff has been appointed and its selection of lead counsel approved, lead counsel cannot begin to calculate the discovery deadlines which must be included in the Case Management Report.  *See* Local Rule 3.05(c)(2)(C).  Moreover, because all discovery is stayed pending appointment of a lead plaintiff, the filing of lead plaintiff's complaint, and the resolution of any motion to dismiss directed thereto, the parties cannot make the disclosures required under the Local Rules and Fed. R. Civ. P. 26.[2]  *See* Local Rule 3.05(d).  As such, Wayne County requests that the Court relieve the parties from the requirements of Local Rule 3.05(c)(2)(B)-(C) and (d).

Finally, until a lead plaintiff has been appointed, any motion to dismiss has been resolved, and the PSLRA discovery stay lifted, lead plaintiff is not permitted to conduct discovery and, as a result, cannot move for class certification.  Therefore, Wayne County also respectfully requests that the Court suspend the implementation of Local Rule 4.04(b), which requires any motion for class certification to be filed by December 20, 2017.  *See*

---

[2]  Although Defendants have moved to dismiss the Complaint, Wayne County has filed a motion to stay consideration of Defendants' motion to dismiss until after the Court has appointed a lead plaintiff and lead counsel and the lead plaintiff has had a reasonable opportunity to file its complaint.  *See* ECF No. 28.

Local Rule 4.04(b) ("Within ninety (90) days following the filing of the initial complaint in such an action, unless the time is extended by the Court for cause shown, the named plaintiff or plaintiffs shall move for a determination under Rule 23(c)(1) as to whether the case is to be maintained as a class action.").

For the foregoing reasons, Wayne County requests entry of an Order: (1) re-designating this action as a Track Three Case pursuant to Local Rule 3.05(b)(3); (2) relieving counsel from the requirements of Local Rule 3.05(c)(2)(B)-(C) and (d); and (3) suspending implementation of Local Rule 4.04(b).

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Wayne County conferred with Defendants' counsel before filing this motion. Defendants do not oppose the requested relief.

DATED: December 15, 2017

ROBBINS GELLER RUDMAN
  & DOWD LLP

*s/ Douglas Wilens*

DOUGLAS WILENS
Florida Bar No. 0079987
SABRINA E. TIRABASSI
Florida Bar No. 0025521
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
dwilens@rgrdlaw.com
stirabassi@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Plaintiff

Case 8:17-cv-02185-WFJ-AEP   Document 32   Filed 12/15/17   Page 6 of 6 PageID 769
- 5 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Douglas Wilens*
DOUGLAS WILENS
Florida Bar No. 0079987