UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEALAN BHATT,

    Plaintiff,

v.   Case No: 8:17-cv-2185-T-36AEP

TECH DATA CORPORATION, ROBERT M. DUTKOWSKY and CHARLES V. DANNEWITZ,

    Defendants.
_____/

# **ORDER**

This matter comes before the Court upon Wayne County Employees' Retirement System's Unopposed Motion to Re-Designate this Action as a Track Three Case under Local Rule 3.05 and for Relief from the Requirements of Local Rules 3.05 and 4.04(b) (Doc. 32), filed on December 15, 2017.  Having appointed Wayne County Employees' Retirement System as Lead Plaintiff, the Court now **GRANTS** the Motion to Re-designate this Action as a Track Three Case (Doc. 32) and implements the following pleading and briefing schedule for this action:

1. Lead Plaintiff's Amended Complaint must be served on or before February 28, 2018.
2. Defendants' responsive pleading must be served within sixty (60) days after service of the Amended Complaint.
3. Lead Plaintiff's opposition to any motion to dismiss the Amended Complaint must be served within sixty (60) days thereafter.
4. Due to the Private Security Litigation Reform Act's (PSLRA) requirements, the Court waives the timing guidelines for Plaintiff to move for class certification under Local Rule 4.04(b) until further order of the Court.

2

5. All discovery, including the disclosure obligations of the Local Rules of this Court and Federal Rule of Civil Procedure 26(a)(1), will be stayed during the pendency of a motion to dismiss.  15 U.S.C. § 78U-4(b)(3); 15 U.S.C. § 77z-1(b)(1).  However, consistent with the PSLRA, Defendants must preserve any documents and any other evidence relevant to this securities action.  15 U.S.C. § 78u-4(b)(3)(C); 15 U.S.C. § 77z-1(b)(1).

6. Because this litigation involves class action securities claims, it will be re-designated as a Track Three Case. The Clerk is directed to enter an Order Re-Designating this case as a Track Three Case.

**DONE AND ORDERED** in Tampa, Florida on December 28, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any